UNITED STATES DISTRICT COURT, FILED
FOR THE DISTRICT OF CONNECTICUT
2015 MAR 10 P 12: 01

US DISTRICT COURT
HARTFORD CT

AMPARO OSPINA,

        Plaintiff,

V.                                    Case No. 3:14-CV-001694-VLB.

WELLS FARGO BANK, N.A., WEBSTOR
BANK, N.A, MORTGAGE ELECTRONIC
REGISTRATION INC.,                  13-91 / 2015
        Defendants,

## MOTION/NOTICE/REQUEST FOR DEFUALT FOR FAILURE TO PLEAD

        Pursuant to FRCP 55 plaintiff respectfully moves the court to enter a default judgment against all defendants for failure to plead. All defendants have motioned for numerous extensions instead of filing a responsive pleading and or answer to the complaint and request for discovery,

1. Plaintiff objects to the defendant council untimely excuses as to why they request an extension of time. There is no reason for the trial court to grant an extension of time. No excuse used by the defendant council is reason to grant an extension of time. The defendants council request for extension of time reason brief does not meet the prerequisite requirement to be awarded and extension of time. The plaintiff contends that the defendants has evaded subject matter and attempts to further delay are ultimately burdensome.

2. The defendant undersigned council should have known of his wife's health concerns and should have withdrawn and or assigned the case to another attorney.it is apparent that the defendant is attempting to delay with cause of burden.

3. As of a result of the defendants council frivolous delays and unreasonable excuses the plaintiff at all time objects.

4. The argument that the defendant intends to raise are unconstitutional at all time and will be subject to appeal. The defendant did not try to contact the plaintiff to ascertain if the plaintiff objects. Notice to whom concerns the plaintiff objects at all time. The defendants contends that they could not contact pro se plaintiff because the plaintiff did not provide a phone number or email, which is perjury in it self, because the defendant has the pro se plaintiff personal mailing address 19C Greenbriar Drive Farmington, CT 06032 and did not exhaust remedy to see if pro se plaintiff would object or not to the motion for extension of time.

5. Pro se plaintiff Amparo Ospina is at all time the rightful owner of said property and object at all time to the defendant motion for extension of time because it will prejudice the plaintiff in many ways. SEE Plaintiff objection to request for extension of time

BY: *Amparo Ospina* (signature)
Amparo Ospina
19C Greenbriar Drive
Farmington, CT 06032

## CERTIFICATION OF SERVICE

I hereby certify that a copy has been sent to COUNSEL ATTY:

Seyfarth Shaw LLP
World Trade Center
EastTwo Seaport Lane
Suite 300
Boston, MA 02210-2028

JANE DOE/JON DOE 1-20
MORTGAGE ELECTRONIC
REGISTRATION SYSTEM
Delaware Corporation
1818 Library Street,
Suite 300, Reston, VA

BY: _/s/ Amparo Ospina_.
Amparo Ospina
19C Greenbriar Drive
Farmington, CT 06032